IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| NOAH F. CORBITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-002 |
| | ) | |
| JUDICIAL QUALIFICATIONS | ) | |
| COMMISSION, State of Georgia; | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| and CHARLES P. BORING, Director | ) | |
| Judicial Qualifications Commission, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia, appearing to raise claims against the Judicial Qualifications Commission and its Director located in Atlanta, as well as claims regarding allegedly inadequate medical care at Wheeler Correctional Facility in Alamo, Georgia.  (See doc. no. 1.)  Because of various pleading deficiencies, including naming a prison as a Defendant and potential issues with attempting to join unrelated claims in one case, the Court directed Plaintiff to file an amended complaint. (See doc. no. 3.)  The amended complaint names only one Defendant, Charles P. Boring, the Director of the Judicial Qualifications Commission, located in Atlanta, Georgia.  (Doc. no. 4, p. 2.)    Thus, the proper venue is the Northern District of Georgia.   28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia.  28 U.S.C. § 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.  Plaintiff should be aware that all future filings in this case should be made with the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.

SO ORDERED this 14th day of April, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2